IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PORTER ANDERSON, JR.,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>JEFFERSON DUNN, Comm.,   )<br>et al.,   )<br>   )<br>   Defendants.   ) | CIVIL ACTION NO.<br>2:18cv633-MHT<br>(WO) |

### ORDER

Upon consideration of plaintiff's motion to dismiss (doc. no. 8), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice.

This case is closed.

DONE, this the 19th day of November, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE